**Writ of Mandamus Dismissed, Opinion issued November 29, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01564-CV

## IN RE MESQUITE INDEPENDENT SCHOOL DISTRICT, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09131-F**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus seeking an order from the trial court staying all proceedings in that court during the pendency of relator's interlocutory appeal. The facts and issues are well known to the parties, so we need not recount them herein. The relief requested by relator has been granted. Therefore, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding), *In re Gill*, No. 06-04-00090-CV, 2004 WL 1884498 at *1 (Tex. App.–Texarkana Aug. 24, 2004, orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus. We **LIFT** the stay imposed by this Court's November 16, 2012 order.

DAVID L. BRIDGES
JUSTICE

121564F.P05